Page 1 of 3

June 20, 2023 @ 06:56:17 PM

Catherine O'Hagan Wolfe
Clerk of Court
U.S.C.A Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

VIA CM/ECF

**RE: Further Support of CA2 Jurisdiction, per doc #7 RE: Darryl C. Carter v. Keechant L. Sewell et al., Appeal No: 23-875**

Dear Chief Judge Livingston:

Please note the following with respect doc #7, the Clerk's Order, raising issues, *sua sponte*, regarding the jurisdiction of this court. Appellant has responded via doc #14, illustrating this court's jurisdiction. This correspondence and **Exhibit 'A' incorporated hereto, as a true and correct paper as filed in the lower court**, further supports the jurisdiction of this court.

There can be no doubt as to the jurisdiction of this court. Notwithstanding the same, in flagrant disobedience and defiance of this court's jurisdiction, the lower court continues to act, *ultra vires*, pursuant an egregious cover up in the lower court; let alone the defendants have defiled this court's integrity with its insider relationships with members of the Clerk's Office and staff attorneys.

This court must affirm its supervisory authority over the lower court and reign in this extremely abusive conduct whose aim is *fraud upon the court,* pursuant a cover up. Unless and until this court exercises its plenary authority over the lower court, this conduct can and will persist since, to date, no sanctions have been issued against any defendant nor has any adverse action been taken against defendants' conduct.

Page 2 of 3

Sincerely,

/S/ *[signature]*

Darryl C. Carter

June 20, 2023 @ 04:53:46 PM

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA CM/ECF

**RE: Appeal in Opposition Order Extending time Per, Doc #45: Darryl C. Carter v. Keechant L. Sewell, Civil Action #: 1:23-cv-01139-JLR**

Dear Judge Rochon:

Defendants James and Hochul request a bland request for an "Extension of Time." Counsel for defendant was not entirely forthcoming with my original response to the request as proffered for defendant James? Additionally, counsel Fang misrepresented the factual background on the matter. That request is attached hereto, as Exhibit 'A,' which I incorporate by reference as a true and correct copy of the email and written letter sent to counsel Fang. Thus, collectively, this Exhibit 'A' attached hereto, in conjunction with counsel Fang's Exhibit 'A' doc #44-1 represents my complete response to **in full opposition to any extension of time**. Defendants are not entitled to any extension of time as this matter is already on appeal, and counsel fang is deceitful and intentionally misrepresented facts to obtain an Order from a magistrate judge that is already in hot water per a judicial misconduct complaint, *inter alia*, doc #29

Sincerely,

/S/ *[signature]*

Darryl C. Carter

Response Request for Extension of Time: Carter v. Sewell et al., No. 23-cv-1139 (S.D.N.Y.)

Case 1:23-cv-01739-DLR-RWL Document 15, Filed 06/20/23 Page 5 of 15

**Subject:** Response Request for Extension of Time: Carter v. Sewell et al., No. 23-cv-1139 (S.D.N.Y.)
**From:** "Darryl" <dcclawinfo@proton.me>
**Date:** 6/16/2023, 1:35 PM
**To:** "Fang, Linda" <Linda.Fang@ag.ny.gov>
**CC:** "Darryl C. Carter" <dcclawinfo@proton.me>, "cartdary32@yahoo.com" <cartdary32@yahoo.com>

```
Linda Fang,

Please note the attached response to your request as set forth in the
subject line above.

Regards,
Darryl
```

── Attachments: ──────────────────────────────────────────────

   carter-fang-decline-extension-time-061623.pdf                                                    1.4 MB

Case 1:23-cv-01139-JLR-RWL Document 15, Filed 06/20/23 Page 6 of 12
Case 1:23-cv-01739-DLR-RWL Document 23, Filed 06/20/23 Page 4 of 15

Page 1 of 2

June 16, 2023 @ 01:26:45 PM

Linda Fang
Special Litigation Counsel
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
Phone: (212) 416-8580

VIA ELECTRONIC MAIL TRANSMISSION

**RE: Second Request for Extension of Time: Darryl C. Carter v. Keechant L. Sewell, Civil Action #: 1:23-cv-01139-JLR**

Dear Ms. Fang:

Please note that I am in receipt of your attached email, to which I provide the following in support of **my objection to any such extension of** time, similar as the first with your predecessor request Mr. Riggs.

1. Defendant provided no specific basis for such an extension, and defendant's prior misconduct in the appeal court does not entitle an extension of time in either court.

2. Plaintiff did not and does not consent to adjudication of any matter by the magistrate in this action, to which any such request would be directed. Furthermore, this issue is a matter enumerated on appeal to which the lower court has no jurisdiction.

3. Plaintiff has raised several issues with the perversion of his Constitutional rights in the lower court, which are ripe for Opinion by the higher court. Furtherance of the same Constitutional rights violations would prejudice plaintiff in the lower court.

4. Generally, a lower court has no jurisdiction once a notice of appeal is filed.

5. Additional required parties have not yet appeared in the action thus even if improperly entertained by a magistrate judge such would limit the court's ability to provide comprehensive relief.

6. This court has no jurisdiction to entertain your request excepting a motion in aid of jurisdiction of the U.S.C.A 2nd circuit as per appeal no: 23-602. Furthermore, in said appeal, your client improperly and via misconduct obtain, at her request, removal from that appeal, which in part, has given rise to the current interlocutory appeal no: 23-875.

Sincerely,

Darryl C. Carter
Encl: Lind Fang email one (page)

1734 Webster Avenue, Bronx, NY 10457

**Subject:** Carter v. Sewell et al., No. 23-cv-1139 (S.D.N.Y.)
**From:** "Fang, Linda" <Linda.Fang@ag.ny.gov>
**Date:** 6/16/2023, 1:00 PM
**To:** "dcclawinfo@proton.me" <dcclawinfo@proton.me>

Mr. Carter,

I am an attorney and represent the Attorney General Letitia James in the above-referenced action you have commenced in the U.S. District Court for the Southern District of New York.

I plan to seek from the Court an extension of the AG's time to respond to the complaint from June 23 through August 6. I am requesting the extension because I have been recently assigned to the matter and need more time to review the allegations and to prepare a response.

Could you kindly advise whether you will consent to the extension request, and if not, the reasons for your objection or non-consent? Thank you.

Best,
Linda

Linda Fang
Special Litigation Counsel
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8580


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

Page 1 of 2

June 5, 2023 @ 06:50:34 PM

Scali Riggs
Senior Counsel
New York City Law Department
Administrative Law and Regulatory Litigation
100 Church Street, Room 5-183
New York, NY 10007

VIA ELECTRONIC MAIL TRANSMISSION

**RE: Request for Extension of Time: Darryl C. Carter v. Keechant L. Sewell, Civil Action #: 1:23-cv-01139-JLR**

Dear Mr. Riggs:

Please note that I am in receipt of your attached email, to which I provide the following in support of **my objection to any such extension of time**.

1. Counsel stated "I contacted you," which is either false or you dialed the incorrect number, assuming you actually "Called" since you did not specifically state so. Perhaps it would be wise to not start off as your predecessor, with respect to misrepresentations, which in that case proffered to the court did not work out so well.

2. Defendant provided no specific basis for such an extension, and defendant's prior misconduct in the appeal court does not entitle an extension of time in either court.

3. Plaintiff did not and does not consent to adjudication of any matter by the magistrate in this action, to which any such request would be directed. Furthermore, this issue is a matter enumerated on appeal to which the lower court has no jurisdiction.

4. Plaintiff has raised several issues with the perversion of his Constitutional rights in the lower court, which are ripe for Opinion by the higher court.

Furtherance of the same Constitutional rights violations would prejudice plaintiff in the lower court.

5. Generally, a lower court has no jurisdiction once a notice of appeal is filed.

6. Additional required parties have not yet appeared in the action thus even if improperly entertained by a magistrate judge such would limit the court's ability to provide comprehensive relief.

As to my preferred method of contact, my number as outlined on the case is accurate, as is the correct email. For future reference, I would highly suggest contact via both voice and email.

Sincerely,

*[signature]*

Darryl C. Carter
Encl: Scali Riggs email one (page)

1734 Webster Avenue, Bronx, NY 10457

**Subject:** Carter v. Keechant Sewell, et al. 23-cv-01139
**From:** "Riggs, Scali (Law)" <sriggs@law.nyc.gov>
**Date:** 6/5/2023, 5:41 PM
**To:** "dcclawinfo@proton.me" <dcclawinfo@proton.me>

Good Evening Mr. Carter,

I am an attorney with the New York City Law Department, and I will be representing Police Commissioner Sewell in the above-referenced action. I tried to reach you via the telephone number provided, but was not able to get through. I am writing to you because I need to request an extension of time to respond to your complaint, and per the Court's rules I need to provide the Court with your position as to my request. I intend to request a 60 day extension to August 6, 2023. Please let me know if you consent or object to my request so that I may provide your position to the Court. Please also let me know your preferred method of contact. Thank you.

Kind Regards,

**Scali Riggs** | Senior Counsel
New York City Law Department | Administrative Law and Regulatory Litigation
100 Church Street, Room 5-183 | New York, NY 10007
Tel: (212) 356-2197 | Cell: (646) 951-6487 | Email: sriggs@law.nyc.gov

This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.

# EXHIBIT 'A'

( 8 pages including this page)
(Email and Letter Response to James, Hochul Request for an Extension of time)

# CERTIFICATE OF SERVICE

I hereby certify that on date, June 20, 2023, I submitted the following documents via CM/ECF and that the appearing defendant is a registered CM/ECF user, in this case, within the United States District Court for the SOUTHERN DISTRICT OF NEW YORK.

1. APPEAL IN OPPOSITION ORDER EXTENDING TIME PER, DOC #45: DARRYL C. CARTER V. KEECHANT L. SEWELL, CIVIL ACTION #: 1:23-CV-01139-JLR

Linda Fang
Special Litigation Counsel
New York State
Office of the Attorney General
28 Liberty Street
New York, New York 10005

*Counsel for Defendants James, Hochul*

1734 Webster Avenue, Bronx, NY 10457

Page 5 of 5

Dated: June 20, 2023

/S/ *[signature]*
Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for Plaintiff*

1734 Webster Avenue, Bronx, NY 10457

Page 3 of 3

## CERTIFICATE OF SERVICE

On date, June 20, 2023, I did submit the following document(s) with respect to appeal no: 23-875

1) FURTHER SUPPORT OF CA2 JURISDICTION, PER DOC #7 RE: DARRYL C. CARTER V. KEECHANT L. SEWELL ET AL., APPEAL NO: 23-875

☒by submitting the, herein referenced documents via the court's CM/ECF filing system for subsequent CM/ECF notification to the defendants' counsel appearing in this action.

Counsel for appellee Sewell Terminated on April 25, 2023.

Counsel for appellees Hochul, James Terminated on May 23, 2023.

/S/ *[signature]*

Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for the Plaintiff*