# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 23-875

Caption [use short title]

Motion for: F.R.A.P 4

Set forth below precise, complete statement of relief sought:
Proceed on appeal without prepayment of any fees.

Carter v. Sewell et al.,

MOVING PARTY: Darryl C. Carter

OPPOSING PARTY: Keechant L. Sewell; Letitia James; Kathy Hochul

☐ Plaintiff      ☐ Defendant
☑ Appellant/Petitioner      ☐ Appellee/Respondent

MOVING ATTORNEY: Darryl C. Carter (Pro Se)

OPPOSING ATTORNEY: Jamison Davies; Oren L. Zeve

[name of attorney, with firm, address, phone number and e-mail]

1734 webster avenue

New York City Law Department Appeals Division Room 6-178 100 Church Street New York, NY 10007

Bronx, NY 10457

New York State Office of the Attorney General 28 Liberty Street New York, NY 10005

(201) 781-5216 ; dcclawinfo@legalhotwater.com

Court- Judge/ Agency appealed from: S.D.N.Y - JLR-RWL

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ☑ No (explain): IFP does not involve any substantive right(s) of the adverse party. And adverse parties were previously notified via appeal 23-602

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes  ☑ No
Has this relief been previously sought in this court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency:
Not applicable.

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

Signature of Moving Attorney: /s/ Darryl Carter
Date: July 17, 2023   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

# UNITED STATES DISTRICT COURT
for the
Southern DISTRICT OF New York

Darryl C. Carter,

    Plaintiff

v.

Keechant L. Sewell et al.,

    Defendant

Case No. 23-cv-1139

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: July 17, 2023

My issues on appeal are: 1.) Whether or not the U.S. Constitution provisions for the right of appellant to appear before a non-biased neutral article III judge; 2.) Whether or not an article III judge can avoid a federal question via magistrate referral; 3.) Whether or not undue court hostility via an article III judge and/or magistrate offends due process.

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse N/A | You | Spouse N/A |
| Employment | $ 609 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 106 | $ 0 | $ 0 | $ 0 |
| Other (specify): N/A | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 715 | $ 0 | $ 182 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Home Depot | Marathon, FL | 06/22-0922 | $ 400 |
| IHOP | Marathon, FL | 06/22-09/22 | $ 500 |
| Isla Bella Resort (EOS Hospitality) | Marathon, FL | 07/22-09/22 | $ 2,300 |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0 |
| N/A | N/A | N/A | $ 0 |
| N/A | N/A | N/A | $ 0 |

4. *How much cash do you and your spouse have?* $ 47.00

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| PBC | checking | $ 47.00 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |
| N/A | N/A | $ 0 | $ 0 |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 | |
| Nothing | Nothing | Make and year: | N/A |
| | | Model: | N/A |
| | | Registration #: | N/A |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration #: N/A | N/A | N/A |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| City of New York | $ 15,000+++ | $ 0 |
| Urban Pathways | $ 50,000+++ | $ 0 |
| Home Depot | $ 50,000+++ | $ 0 |
| International Traveler's House | $ 50,000+++ | $ 0 |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

Rev. 12.1.2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☑ No <br> Is property insurance included? ☐ Yes ☑ No | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 350 | $ 0 |
| Clothing | $ 50 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 50 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 35 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ 0 |
|     Life: | $ 0 | $ 0 |
|     Health: | $ 0 | $ 0 |
|     Motor vehicle: | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ 0 |
|     Credit card (name): | $ 0 | $ 0 |
|     Department store (name): | $ 0 | $ 0 |
|     Other: phone service | $ 25 | $ 0 |

Rev. 12.1.2018

| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
|---|---|---|
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): misc personal hygiene, etc. | $ 30 | $ 0 |
| **Total monthly expenses:** | $ 550 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ✔ Yes ☐ No    If yes, describe on an attached sheet.

   See item #6, herein, above.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ✔ Yes ☐ No

    *If yes, how much?* $ 100+

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I live in a homeless shelter. I am broke; receive a few dollars after a lower court action against NYC was filed. My financial position is intentional.

12. *State the city and state of your legal residence*

    I don't have one but I currently reside in NYC, NY

    *Your daytime phone number:* 201-781-5216

    *Your age:* 52    *Your years of schooling:* 18+