Page 1 of 4

August 1, 2023 @ 03:21:27 PM

Catherine O'Hagan Wolfe
Clerk of Court
U.S.C.A Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

VIA CM/ECF

**RE: Darryl C. Carter vs. Keechant L. Sewell et al., Appeal No: 23-875, Status Update**

Dear Chief Judge Livingston:

Please note the following.

1. Aside from sitting on the docket this case is riddled with fraud and cover ups as the attached docket sheets illustrate.

    1. In particular, the motion for In Forma Pauperis was granted on June 28, 2023. At the same time a docket report on August 1, 2023 shows that the In Forma Pauperis motion is still pending in this court. So which one is it, GRANTED or PENDING? And if it is still PENDING why was it shown as GRANTED on June 28, 2023?

    2. Documents 3, 4, 9, 18-22, 33, 36-37 are all hidden documents which I have never seen nor have been served. Has a motion been to seal been presented to the court and GRANTED? If so, who filed the motion? And why have I not been served nor have I seen any of the said files?

    3. The motion for sanctions docs #25, 28 has been pending since June 26, 2023 and July 06, 2023 respectively, therefore, what is the status of this case?

1734 Webster Avenue, Bronx, NY 10457

Page 2 of 4

Regards,

/s/ *[signature]*

Darryl C. Carter
Encl: docket report seven (7) pages

## CERTIFICATE OF SERVICE

On date, August 1, 2023, I did submit the following document(s) with respect to appeal no: 23-875

1)      DARRYL C. CARTER VS. KEECHANT L. SEWELL ET AL., APPEAL NO: 23-875, STATUS UPDATE

2)      DOCKET REPORT SEVEN PAGES

☒by submitting the, herein referenced documents via the court's CM/ECF filing system for subsequent CM/ECF notification to the defendant's appearing council in this action.


Counsel for appellee Sewell Terminated on April 25, 2023.

Counsel for appellees Hochul and James Terminated on May 23, 2023.

Counsel for appellees reappeared as of June 21, 2023.


Jamison Davies
New York City Law Department
Appeals Division Room 6-178
100 Church Street
New York, NY 10007
Direct: 212-356-2490
Email: jdavies@law.nyc.gov

*Counsel for Appellee Sewell*

1734 Webster Avenue, Bronx, NY 10457

Page 4 of 4

Oren L. Zeve, Esq.,
New York State
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Email: oren.zeve@ag.ny.gov

*Counsel for Appellees Hochul and James*

/s/ [signature]
Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@legalhotwater.com

*Attorney for the Plaintiff-Appellant*

# General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-875<br>**Nature of Suit:** 3950 LOCAL QUESTION-Constitutional<br>Carter v. Sewell<br>**Appeal From:** SDNY (NEW YORK CITY)<br>**Fee Status:** IFP Granted | **Docketed:** 06/07/2023 |

**Case Type Information:**
  1) Civil
  2) Private
  3) -

**Originating Court Information:**
   **District:** 0208-1 : 23-cv-1139
   **Trial Judge:** Jennifer Louise Rochon, U.S. District Judge
   **Trial Judge:** Robert W. Lehrburger, U.S. Magistrate Judge
   **Date Filed:** 02/07/2023

| **Date Order/Judgment:**<br>06/06/2023 | **Date NOA Filed:**<br>06/06/2023 | **Date Rec'd COA:**<br>06/07/2023 |

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**     Not available

---

| | |
|---|---|
| Darryl Chadwich Carter<br>            Plaintiff - Appellant | Darryl Chadwich Carter, -<br>Direct: 201-781-5216<br>[NTC Pro Se]<br>1734 Webster Avenue<br>Bronx, NY 10457 |

-----------------------------

| | |
|---|---|
| Keechant L. Sewell, Police Commissioner New York City Police Department<br>            Defendant - Appellee | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>Direct: 212-356-0800<br>[COR NTC Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |
| Kathy Hochul, Governor of New York State<br>            Defendant - Appellee | Barbara D. Underwood, -<br>[COR NTC Government]<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |
| Letitia James, Attorney General of New York State<br>            Defendant - Appellee | Barbara D. Underwood, -<br>[COR NTC Government]<br>(see above) |

Darryl Chadwich Carter,

   Plaintiff - Appellant,

v.

Keechant L. Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

   Defendants - Appellees.

| Date | Doc | Description |
|---|---|---|
| 06/07/2023 | 1<br>29 pg, 2.14 MB | NOTICE OF INTERLOCUTORY CIVIL APPEAL, with district court docket, on behalf of Appellant Darryl Chadwich Carter, FILED. [3528436] [23-875] [Entered: 06/13/2023 11:42 AM] |
| 06/07/2023 | 2<br>2 pg, 140.71 KB | DISTRICT COURT ORDER, dated 06/06/2023, RECEIVED.[3528441] [23-875] [Entered: 06/13/2023 11:48 AM] |
| 06/07/2023 | 5<br>7 pg, 292.02 KB | ELECTRONIC INDEX, in lieu of record, FILED.[3528445] [23-875] [Entered: 06/13/2023 11:51 AM] |
| 06/13/2023 | 6<br>1 pg, 93.41 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[3528449] [23-875] [Entered: 06/13/2023 11:54 AM] |
| 06/13/2023 | 7<br>1 pg, 155.41 KB | IT IS HEREBY ORDERED that Appellant file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due June 27, 2023. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction, copy to pro se appellant, FILED.[3528465] [23-875] [Entered: 06/13/2023 12:08 PM] |
| 06/13/2023 | 8<br>1 pg, 114.4 KB | NOTICE, re: pending district court IFP motion, to district court, SENT.[3528472] [23-875] [Entered: 06/13/2023 12:15 PM] |
| 06/13/2023 | 10<br>2 pg, 93.81 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, indicating Appellee Keechant L. Sewell is not a party to this action RECEIVED. Service date 06/13/2023 by CM/ECF.[3528847] [23-875]--[Edited 06/20/2023 by PRM] [Entered: 06/13/2023 06:21 PM] |
| 06/13/2023 | 11<br>2 pg, 585.05 KB | FORM D-P, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/13/2023 by CM/ECF.[3528848] [23-875] [Entered: 06/13/2023 06:23 PM] |
| 06/19/2023 | 12<br>2 pg, 780.3 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/19/2023 by CM/ECF.[3530693] [23-875] [Entered: 06/19/2023 03:02 PM] |
| 06/19/2023 | 13 | FORM C, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/19/2023 by CM/ECF. [3530694] [23-875] [Entered: 06/19/2023 03:07 PM] |
| 06/19/2023 | 14<br>5 pg, 184.51 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, responding to order at entry 7, RECEIVED. Service date 06/19/2023 by CM/ECF.[3530706] [23-875] [Entered: 06/19/2023 07:43 PM] |
| 06/20/2023 | 15<br>15 pg, 3.55 MB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, further supporting response to order filed at entry 14, RECEIVED. Service date 06/20/2023 by CM/ECF.[3531520] [23-875] [Entered: 06/20/2023 07:08 PM] |
| 06/21/2023 | 16<br>2 pg, 129.96 KB | DEFECTIVE DOCUMENT, Form C, [13], on behalf of Appellant Darryl Chadwich Carter, FILED.[3531601] [23-875] [Entered: 06/21/2023 08:41 AM] |
| 06/21/2023 | 17 | CURED DEFECTIVE FORM D-P [11], [16], on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. [3531611] [23-875] [Entered: 06/21/2023 08:49 AM] |
| 06/23/2023 | 23<br>3 pg, 137.08 KB | LR 31.2 SCHEDULING NOTIFICATION, on behalf of Appellant Mr. Darryl Chadwich Carter, informing Court of proposed due date 07/21/2023, RECEIVED. Service date 06/23/2023 by CM/ECF.[3533371] [23-875] [Entered: 06/23/2023 10:20 PM] |
| 06/23/2023 | 24<br>8 pg, 2.36 MB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, <EDIT by Clerk's Office> RECEIVED. Service date 06/23/2023 by CM/ECF.[3533376] [23-875] [Entered: 06/23/2023 10:54 PM] |
| 06/26/2023 | 25<br>68 pg, 10.94 MB | MOTION, to impose sanction, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/26/2023 by CM/ECF. [3533414] [23-875] [Entered: 06/26/2023 08:02 AM] |
| 06/27/2023 | 26<br>7 pg, 530.3 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, <EDIT by Clerk's Office> RECEIVED. Service date 06/27/2023 by CM/ECF.[3534425] [23-875] [Entered: 06/27/2023 03:53 PM] |

# General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-875<br>**Nature of Suit:** 3950 LOCAL QUESTION-Constitutional<br>Carter v. Sewell<br>**Appeal From:** SDNY (NEW YORK CITY)<br>**Fee Status:** IFP Pending in USCA | **Docketed:** 06/07/2023 |

**Case Type Information:**
1) Civil
2) Private
3) -

**Originating Court Information:**
**District:** 0208-1 : 23-cv-1139
**Trial Judge:** Jennifer Louise Rochon, U.S. District Judge
**Trial Judge:** Robert W. Lehrburger, U.S. Magistrate Judge
**Date Filed:** 02/07/2023

| **Date Order/Judgment:**<br>06/06/2023 | **Date NOA Filed:**<br>06/06/2023 | **Date Rec'd COA:**<br>06/07/2023 |
|---|---|---|

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:**    Not available

---

| | |
|---|---|
| Darryl Chadwich Carter<br>       Plaintiff - Appellant | Darryl Chadwich Carter, -<br>Direct: 201-781-5216<br>[NTC Pro Se]<br>1734 Webster Avenue<br>Bronx, NY 10457 |
| ---------------------------- | |
| Keechant L. Sewell, Police Commissioner New York City Police Department<br>       Defendant - Appellee | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>New York City Law Department<br>Appeals Division<br>Room 6-178<br>100 Church Street<br>New York, NY 10007 |
| Kathy Hochul, Governor of New York State<br>       Defendant - Appellee | Oren L. Zeve, Esq., -<br>[COR NTC Government]<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |
| Letitia James, Attorney General of New York State<br>       Defendant - Appellee | Oren L. Zeve, Esq., -<br>[COR NTC Government]<br>(see above) |

Darryl Chadwich Carter,

    Plaintiff - Appellant,

v.

Keechant L. Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

    Defendants - Appellees.

| Date | Doc | Description |
|---|---|---|
| 06/07/2023 | [1] 29 pg, 2.14 MB | NOTICE OF INTERLOCUTORY CIVIL APPEAL, with district court docket, on behalf of Appellant Darryl Chadwich Carter, FILED. [3528436] [23-875] [Entered: 06/13/2023 11:42 AM] |
| 06/07/2023 | [2] 2 pg, 140.71 KB | DISTRICT COURT ORDER, dated 06/06/2023, RECEIVED.[3528441] [23-875] [Entered: 06/13/2023 11:48 AM] |
| 06/07/2023 | [5] 7 pg, 292.02 KB | ELECTRONIC INDEX, in lieu of record, FILED.[3528445] [23-875] [Entered: 06/13/2023 11:51 AM] |
| 06/13/2023 | [6] 1 pg, 93.41 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[3528449] [23-875] [Entered: 06/13/2023 11:54 AM] |
| 06/13/2023 | [7] 1 pg, 155.41 KB | IT IS HEREBY ORDERED that Appellant file a response, by letter, to this order either (1) setting out the claimed basis for this Court's jurisdiction; or (2) withdrawing the appeal. The response is due June 27, 2023. If no response is filed, the appeal will be referred to a panel for a determination regarding this Court's jurisdiction, copy to pro se appellant, FILED.[3528465] [23-875] [Entered: 06/13/2023 12:08 PM] |
| 06/13/2023 | [8] 1 pg, 114.4 KB | NOTICE, re: pending district court IFP motion, to district court, SENT.[3528472] [23-875] [Entered: 06/13/2023 12:15 PM] |
| 06/13/2023 | [10] 2 pg, 93.81 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, indicating Appellee Keechant L. Sewell is not a party to this action RECEIVED. Service date 06/13/2023 by CM/ECF.[3528847] [23-875]--[Edited 06/20/2023 by PRM] [Entered: 06/13/2023 06:21 PM] |
| 06/13/2023 | [11] 2 pg, 585.05 KB | FORM D-P, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/13/2023 by CM/ECF.[3528848] [23-875] [Entered: 06/13/2023 06:23 PM] |
| 06/19/2023 | [12] 2 pg, 780.3 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/19/2023 by CM/ECF.[3530693] [23-875] [Entered: 06/19/2023 03:02 PM] |
| 06/19/2023 | 13 | FORM C, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/19/2023 by CM/ECF. [3530694] [23-875] [Entered: 06/19/2023 03:07 PM] |
| 06/19/2023 | [14] 5 pg, 184.51 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, responding to order at entry 7, RECEIVED. Service date 06/19/2023 by CM/ECF.[3530706] [23-875] [Entered: 06/19/2023 07:43 PM] |
| 06/20/2023 | [15] 15 pg, 3.55 MB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, further supporting response to order filed at entry 14, RECEIVED. Service date 06/20/2023 by CM/ECF.[3531520] [23-875] [Entered: 06/20/2023 07:08 PM] |
| 06/21/2023 | [16] 2 pg, 129.96 KB | DEFECTIVE DOCUMENT, Form C, [13], on behalf of Appellant Darryl Chadwich Carter, FILED.[3531601] [23-875] [Entered: 06/21/2023 08:41 AM] |
| 06/21/2023 | 17 | CURED DEFECTIVE FORM D-P [11], [16], on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. [3531611] [23-875] [Entered: 06/21/2023 08:49 AM] |
| 06/23/2023 | [23] 3 pg, 137.08 KB | LR 31.2 SCHEDULING NOTIFICATION, on behalf of Appellant Mr. Darryl Chadwich Carter, informing Court of proposed due date 07/21/2023, RECEIVED. Service date 06/23/2023 by CM/ECF.[3533371] [23-875] [Entered: 06/23/2023 10:20 PM] |
| 06/23/2023 | [24] 8 pg, 2.36 MB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, informing the Court of the updated contact information, RECEIVED. Service date 06/23/2023 by CM/ECF.[3533376] [23-875] [Entered: 06/23/2023 10:54 PM] |
| 06/26/2023 | 25 | MOTION, to impose sanction, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 06/26/2023 by CM/ECF. [3533414] [23-875] [Entered: 06/26/2023 08:02 AM] |
| 06/27/2023 | [26] 7 pg, 530.3 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, informing the Court that in forma pauperis for the purposes of an appeal have been denied and a moiton to proceed in forma pauperis will be filed in this Court, RECEIVED. Service date 06/27/2023 by CM/ECF.[3534425] [23-875] [Entered: 06/27/2023 03:53 PM] |
| 07/06/2023 | [27] 2 pg, 152.91 KB | DEFECTIVE DOCUMENT, Motion to impose sanctions, [25], on behalf of Appellant Mr. Darryl Chadwich Carter, FILED.[3537877] [23-875] [Entered: 07/06/2023 12:38 PM] |
| 07/06/2023 | [28] 69 pg, 7.49 MB | MOTION, to impose sanction, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 07/06/2023 by CM/ECF. [3538226] [23-875] [Entered: 07/06/2023 09:57 PM] |
| 07/06/2023 | [29] 9 pg, 994.31 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, regarding corruption in the Court, RECEIVED. Service date 07/06/2023 by CM/ECF.[3538236] [23-875] [Entered: 07/06/2023 11:01 PM] |
| 07/07/2023 | [30] 2 pg, 166.22 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee Letitia James and Kathy Hochul, FILED. Service date 07/07/2023 by CM/ECF. [3538626] [23-875] [Entered: 07/07/2023 02:44 PM] |

| | | | |
|---|---|---|---|
| 07/14/2023 | ☐ | 31 | CURED DEFECTIVE MOTION TO IMPOSE SANCTION [27], [28], on behalf of Appellant Mr. Darryl Chadwich Carter, FILED.[3541371] [23-875] [Entered: 07/14/2023 05:35 AM] |
| 07/14/2023 | ☐ | 32 | ATTORNEY, Oren L. Zeve, [30], in place of attorney Barbara Underwood, SUBSTITUTED.[3541372] [23-875] [Entered: 07/14/2023 05:37 AM] |
| 07/14/2023 | ☐ | 34<br>1 pg, 93.8 KB | NOTICE, to Appellee Keechant L. Sewell, for failure to file an appearance, SENT.[3541374] [23-875] [Entered: 07/14/2023 05:40 AM] |
| 07/14/2023 | ☐ | 35<br>2 pg, 193.1 KB | DISTRICT COURT ORDER, dated 06/27/2023, denying IFP, RECEIVED.[3541375] [23-875] [Entered: 07/14/2023 05:52 AM] |
| 07/14/2023 | ☐ | 38<br>1 pg, 59.55 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee Keechant L. Sewell, FILED. Service date 07/14/2023 by CM/ECF. [3541705] [23-875] [Entered: 07/14/2023 01:06 PM] |
| 07/17/2023 | ☐ | 39 | ATTORNEY, Jamison Davies, [38], in place of attorney Sylvia Hinds-Radix, SUBSTITUTED.[3542179] [23-875] [Entered: 07/17/2023 08:07 AM] |
| 07/17/2023 | ☐ | 40<br>7 pg, 1.71 MB | MOTION, to proceed in forma pauperis, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 07/17/2023 by CM/ECF. [3542377] [23-875] [Entered: 07/17/2023 12:03 PM] |