**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: August 07, 2023<br>Docket #: 23-875<br>Short Title: Carter v. Sewell | DC Docket #: 23-cv-1139<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Rochon<br>DC Judge: Lehrburger |

**CASE STATUS UPDATE NOTICE**

In response to your letter dated August 01, 2023, your appeal is currently pending. Your motion to proceed in forma pauperis was denied in the District Court on June 27, 2023. Your Motion to proceed in forma pauperis in this court and your motion for sanctions are currently under review. Please note the attached copy of the docket sheet.

Inquiries regarding this case may be directed to 212-857-8512.