# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of September, two thousand twenty-three.

_____

Darryl Chadwich Carter,

    Plaintiff - Appellant,

v.

Keechant L. Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

    Defendants - Appellees.

_____

Darryl Chadwich Carter,

    Plaintiff - Appellant,

v.

Keechant L. Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

    Defendants - Appellees.

_____

**ORDER**

Docket No. 23-602

Docket No. 23-875

IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court