September 5, 2023 @ 1:01 PM

Catherine O'Hagan Wolfe
Clerk of Court
U.S.C.A Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

VIA CM/ECF

**RE: Darryl C. Carter vs. Keechant L. Sewell et al., Undocketed Interlocutory Appeal With the Same Parties, Ante.**

Dear Chief Judge Livingston:

Please note the following:

1.  Per the attached notice of the lower court, the interlocutory appeal record was transmitted to this court, yet the docketing of the matter continues to be a problem despite contact with this court on the matter. As this court knows, the filing of an appeal, interlocutory or final, kicks off a narrow window, of time, in which several papers need to filed, and this type of behavior precludes the same. I would appreciate it if you could get your ship in order. See attached, three (3) pages of correspondence.

Regards,

/s/ *Darryl CHadwich Carter*

Darryl C. Carter

1734 Webster Avenue, Bronx, NY 10457

# [Case Number Needed] Activity in Case 1:23-cv-01139-JLR-RWL Carter v. Sewell et al Appeal Record Sent to USCA - Electronic File — Case Still not Docketed — Not Going Anywhere, Now What?

**From**    pacer cm/ecf -- darryl c. carter <dcclawinfo@legalhotwater.com>

**To**    Richard Alcantara <Richard_Alcantara@ca2.uscourts.gov>,
Eugene Martin <Eugene_Martin@ca2.uscourts.gov>,
U.S.D.O.J Criminal Division <Criminal.Division@usdoj.com>,
NIPTfax@ao.uscourts.gov,
House Judical Committee
<Judiciary_Whistleblower@mail.house.gov>

**Cc**    pacer cm/ecf -- darryl c. carter <dcclawinfo@legalhotwater.com>,
NIPTfax@ao.uscourts.gov

**Subject**    [Case Number Needed] Activity in Case 1:23-cv-01139-JLR-RWL
Carter v. Sewell et al Appeal Record Sent to USCA - Electronic
File — Case Still not Docketed — Not Going Anywhere, Now
What?

**Date**    Tuesday, September 05, 2023 10:53 AM

**Size**    452 KB

---

Eugene Martin,
Richard Alcantara,

I need a case number. Thank you.

Jim Jordan,
This is the shit I have been talking about, still no case number and
this is the pattern with docketing of cases in this court pursuant
these judicial directed cover up scheme as previously advised.

# Activity in Case 1:23-cv-01139-JLR-RWL Carter v. Sewell et al Appeal Record Sent to USCA - Electronic File

**From**   NYSD_ECF_Pool@nysd.uscourts.gov

**To**   CourtMail@nysd.uscourts.gov

**Subject**   Activity in Case 1:23-cv-01139-JLR-RWL Carter v. Sewell et al Appeal Record Sent to USCA - Electronic File

**Date**   Thursday, August 31, 2023 12:25 PM

**Size**   9 KB

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/31/2023 at 12:25 PM EDT and filed on 8/31/2023

## Case Name:        Carter v. Sewell et al

**Case Number:** <u>1:23-cv-01139-JLR-RWL</u>

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [59] Notice of Interlocutory Appeal, filed by Darryl Chadwich Carter were transmitted to the U.S. Court of Appeals.(km)**

**1:23-cv-01139-JLR-RWL Notice has been electronically mailed to:**

Linda Fang      linda.fang@ag.ny.gov, OAGLitSLC@ag.ny.gov

Scali Riggs      sriggs@law.nyc.gov

Darryl Chadwich Carter      dcclawinfo@legalhotwater.com

**1:23-cv-01139-JLR-RWL Notice has been delivered by other means to:**